# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Golden Build Construction Co. ) ASBCA No. 60928
)
Under Contract No. W91B4M-10-C-7134 )

APPEARANCE FOR THE APPELLANT: Mr. Mahmood Nezam
Chief Executive

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Joseph J. Jankunis, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60928, Appeal of Golden Build Construction Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals